# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donio, Ann Marie | U.S. District Court, NJ | 7/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, NJ 08101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Unified Credit Trust Under Will - "Trust No. 1" |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donio, Ann Marie | 7/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Abarta Inc. Pension Plan` |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 7/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 7/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America - Accounts | A | Interest | J | T | | | | | |
| 2. | Ocean First Bank (formerly Ocean City Home Bank) - Accounts | A | Interest | L | T | | | | | |
| 3. | S & D Donio Family Lmt. Partnership | | None | J | U | | | | | |
| 4. | Trust #1 | | | | | | | | | |
| 5. | --Wells Fargo & Company (formerly Wachovia Corporation) | B | Dividend | K | T | | | | | |
| 6. | --Real estate partnership interest Rental Parcel-HammontonNJ | | None | M | U | | | | | |
| 7. | --Bank of America - Account | | None | K | T | | | | | |
| 8. | Invesco Oppenheimer IRA | | | | | | | | | |
| 9. | --Invesco Dividend Income Fund, Inc. Class A | B | Dividend | K | T | | | | | |
| 10. | -- Invesco Rising Dividends Fund, Inc. Class A | C | Dividend | M | T | | | | | |
| 11. | -- Invesco Capital Appreciation Fund Class A | D | Dividend | M | T | | | | | |
| 12. | 401K Savings Plan #2 | | | | | | | | | |
| 13. | --JPM SMRTRET 2020 I | D | Int./Div. | M | T | | | | | |
| 14. | Prudential Whole Life | B | Dividend | K | T | | | | | |
| 15. | Common Stock - DIS | A | Dividend | J | T | | | | | |
| 16. | Wells Fargo- Account | A | Interest | J | T | | | | | |
| 17. | Brokerage Account #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 7/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | American Century Equity Income Fund | A | Dividend | K | T | Buy | 01/09/20 | J | | |
| 19. | American Funds Capital World Inc Fund | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 20. | | | | | | Buy (add'l) | 02/14/20 | J | | |
| 21. | American Funds Income Fund | A | Dividend | K | T | Buy | 01/06/20 | J | | |
| 22. | | | | | | Buy (add'l) | 01/10/20 | J | | |
| 23. | | | | | | Buy (add'l) | 01/22/20 | J | | |
| 24. | | | | | | Sold (part) | 08/21/20 | J | A | |
| 25. | American Funds New World Fund | A | Dividend | K | T | Buy | 01/10/20 | J | | |
| 26. | Artisan High Income Fund | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 27. | | | | | | Buy (add'l) | 01/09/20 | J | | |
| 28. | | | | | | Buy (add'l) | 01/15/20 | J | | |
| 29. | Calamos Market Neutral Fund | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 30. | Schwab Cash | A | Interest | K | T | | | | | |
| 31. | Catalyst Milburn Hedge Fund | A | Dividend | K | T | Buy | 01/22/20 | J | | |
| 32. | | | | | | Buy (add'l) | 02/25/20 | J | | |
| 33. | Cohen & Steers Realty Fund | A | Dividend | K | T | Sold (part) | 09/23/20 | J | A | |
| 34. | DoublelineTotal Return Fund | A | Dividend | K | T | Buy | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 7/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 39. | | | | | Sold<br>(part) | 08/03/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 08/21/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 42.   Fuller & Thaler Small Cap Fund | A | Dividend | J | T | | | | | |
| 43.   Guggenheim Total Return Bond Fund | B | Dividend | K | T | Buy | 01/21/20 | J | | |
| 44.   Invesco ETF Intl Low Vol | A | Dividend | | | Sold<br>(part) | 10/20/20 | J | A | |
| 45. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 46. | | | | | Sold | 10/20/20 | J | A | |
| 47.   Invesco Preferred ETF | B | Dividend | K | T | | | | | |
| 48.   JP Morgan Hedged Equity Fund | A | Dividend | K | T | Buy | 01/06/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 01/10/20 | J | | |
| 50.   Parnassus Mid Cap Fund | A | Dividend | J | T | | | | | |
| 51.   Schwab S&P 500 Index Fund | A | Dividend | K | T | Buy | 01/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 7/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 53. | | | | | Sold (part) | 08/21/20 | J | A | |
| 54. | | | | | Sold (part) | 12/22/20 | J | A | |
| 55.  Schwab US Broad Market ETF | A | Dividend | K | T | Buy | 01/07/20 | J | | |
| 56. | | | | | Buy (add'l) | 01/13/20 | J | | |
| 57. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 58. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 59. | | | | | Sold (part) | 11/23/20 | J | B | |
| 60.  Schwab US Dividend ETF | A | Dividend | J | T | | | | | |
| 61.  Schwab US Large Cap ETF | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 62.  Schwab US Tips ETF | A | Dividend | K | T | Buy | 01/17/20 | J | | |
| 63. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 64. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 65. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 66.  Schwab Value Advantage Money Fund | A | Dividend | | | Sold (part) | 01/06/20 | J | A | |
| 67. | | | | | Sold (part) | 01/10/20 | K | A | |
| 68. | | | | | Sold (part) | 01/16/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period — (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 01/22/20 | K | A | |
| 70. | | | | | Sold (part) | 02/18/20 | J | A | |
| 71. | | | | | Sold (part) | 02/20/20 | J | A | |
| 72. | | | | | Sold (part) | 02/25/20 | K | A | |
| 73. | | | | | Sold (part) | 03/02/20 | J | A | |
| 74. | | | | | Sold (part) | 03/12/20 | J | A | |
| 75. | | | | | Sold (part) | 03/18/20 | J | A | |
| 76. | | | | | Sold | 04/13/20 | J | A | |
| 77. SPDR Dow Jones Global Real Est ETF | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 78. Thornburg Invt Income Builder Fund | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 79. Thornburg Strategic Income Fund | A | Dividend | K | T | Buy | 02/24/20 | J | | |
| 80. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Asset No. 3 reflects units owned in Family Limited Partnership. The family limited partnership owns a one-third interest in a New Jersey general partnership. The general partnership owns real estate in Hammonton, NJ. I am not a general partner and I have terminated any management role prior to taking office.

Asset No. 9 reflects reorganization from Invesco Oppenheimer Equity Income Fund, Inc. Class A to Invesco Dividend Income Fund Class A on 4/17/2020.

| Name of Person Reporting | Date of Report |
|---|---|
| Donio, Ann Marie | 7/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ann Marie Donio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544